**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7084**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

CRYSTAL RAMONA HICKSON, a/k/a Auntie, a/k/a Crystal A.
Hickson,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Walter D. Kelley, Jr.,
District Judge.  (2:07-cr-00030-WDK-FBS-3)

Submitted:  December 11, 2008      Decided:  December 17, 2008

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Crystal Ramona Hickson, Appellant Pro Se. Darryl James Mitchell,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Ramona Hickson appeals the district court's order denying her 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hickson, No. 2:07-cr-00030-WDK-FBS-3 (E.D. Va. May 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED